The New York Central and Hudson River Railroad Company, Appellant, *v.* The City of Rochester et al., Respondents.

*N. Y. C. & H. R. R. R. Co.* v. *City of Rochester*, 129 App. Div. 805, affirmed.
(Argued March 22, 1910; decided April 5, 1910.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the cour

on trial at Special Term in an action to set aside an assessment upon the plaintiff of a portion of the expense of the construction of a certain bridge over its tracks.

*Edwin A Nash* for appellant.

*W. W. Webb*, *Corporation Counsel* (*B. B. Cunningham* of counsel), for respondents.

Judgment affirmed, with costs, on opinion of WILLIAMS, J., below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.